Michael A. Sirignano, Esq.
Barry I. Levy, Esq.
Sean Gorton, Esq.
RIVKIN RADLER LLP
926 RXR Plaza
Uniondale, New York 11556
(516) 357-3000

*Counsel for Plaintiffs Government Employees Insurance Co., GEICO Indemnity Co., GEICO General Insurance Company and GEICO Casualty Co.*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY, GEICO
GENERAL INSURANCE COMPANY, and GEICO              Docket No.:_____ (     )
CASUALTY COMPANY,

                     Plaintiffs,
                                                                     **Rule 7.1 Disclosure**
     -against-                                                                                                            **Statement**

ADVANCED COMPREHENSIVE LABORATORY, LLC
d/b/a TOPLAB, MARK GLADSTEIN, M.D., VICTORIA
FRENKEL, and JOHN DOE DEFENDANTS "1"-"10"

                     Defendants.
---------------------------------------------------------------------X

## STATEMENT PURSUANT TO FED. R. CIV. P. 7.1

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company hereby certifies as follows: Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company, and GEICO Casualty Company (non-governmental corporate parties) are wholly owned subsidiaries of GEICO Corporation which is an indirectly wholly owned subsidiary of Berkshire Hathaway, Inc.

Dated: May 29, 2020

           RIVKIN RADLER LLP

           By: /s/ *Michael A. Sirignano, Esq.*
                Michael A. Sirignano
                Barry I. Levy
                Sean Gorton
           926 RXR Plaza
           Uniondale, New York 11556
           (516) 357-3000

*Counsel for Plaintiffs, Government Employees Insurance Company, GEICO Indemnity Company, GEICO General Insurance Company and GEICO Casualty Company*